IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES")** [1] [2]

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 28 2024

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE ™
*(PRO PER, SUI JURIS)*,
**PLAINTIFF/ APELLANT**

Vs.

X CORP., WORLD JEWISH CONGRESS,
AMERICAN ISRAEL PUBLIC AFFAIRS
COMMITTEE,
**DEFENDANTS**

CIVIL ACTION NO.

1:23-CV-05840-JPB

**Tuesday, June 25, 2024**

**NOTICE OF APPEAL**

Pursuant Article III, Section 2, Clause 2, U.S. Constitution—1787 and 28 U.S.C. § 2101(b) (*See* Mar. 3, 1911, ch. 231, § 238 , 36 Stat. 1157)

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF" ("APELLANT"), to give notice that PLAINTIFF appeals to the Supreme Court of the United States from the:

---

[1] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[2] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV

1

a. Order dated May 31, 2024 (Docket No. 39);

b. Order dated June 19, 2024 (Docket No. 40); and

c. Judgement dated June 20, 2024 (Docket No. 41).

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF certifies that this Notice is served on DEFENDANTS contemporaneous with its filing with the Clerk, on June 25, 2024, via United States Postal Service (USPS) Certified Mail® and electronically as follows.

a. (For DEFENDENANT "X CORP."): SHOOK HARDY & BACON L.L.P. c/o Nia S. Wilson, 1230 Peachtree Street NE, Suite 1200, Atlanta, GA 30309-3591; and electronically to nwilson@shb.com.

b. (For DEFENDANT "WORLD JEWISH CONGRESS"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

c. (For DEFENDANT "AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

Kindly submitted,

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018

Internal Filing ID:
GA-USD-NDG-11.19.2023-F10

Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

TAMAH JADA CLARK
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043



USPS CERTIFIED MAIL

9207 1901 4298 0404 5100 22

0009844700000011
Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303
USA

CERTIFIED MAIL

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM



JUN 28 2024

U.S. Marshals Service
Atlanta, GA





3030383309 C039




**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

July 2, 2024

**Tamah Jada Clark**
**1880 Braselton Hwy**
**Suite 118 #5018**
**Lawrenceville, GA 30043**
**888-256-6692**
**PRO SE**

Re:   Tamah Jada Clark et al v. X Corp. et al
      Civil Action No.: 1:23-cv-5840-JPB

Dear Ms. Clark:

On June 28, 2024, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__   Appeal fee $605.00  (Docketing fee $600.00 and Filing fee $5.00)

__X__   Application to proceed on appeal in forma pauperis.

__X__   Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   P. McClam
      Deputy Clerk