UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK, EX REL. ANTI-SEMITISM DEFENSE LEAGUE, <br><br> Plaintiff, <br><br> v. <br><br> X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, <br><br> Defendants. | CIVIL ACTION NO. 1:23-CV-5840-JPB |

## ORDER

On May 31, 2024, this Court dismissed Plaintiff's Complaint as an impermissible shotgun pleading that failed to comply with Federal Rule of Civil Procedure 8. [Doc. 39]. In the same order, the Court granted Plaintiff leave to amend her Compliant within fourteen days. Id. The Court notified Plaintiff that failure to submit an amended complaint within the fourteen-day time period may result in dismissal of the entire action. Id.

To date, Plaintiff has failed to file an amended complaint curing the deficiencies outlined in the Court's May 31, 2024 Order, nor has she requested an extension of time to do so. As such, this matter is **HEREBY DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 19th day of June, 2024.

J. P. BOULEE
United States District Judge

Case 1:23-cv-05840-JPB   Document 40   Filed 06/19/24   Page 2 of 2
USCA11 Case: 24-12155   Document: 1-2   Date Filed: 07/02/2024   Page: 2 of 2

2