UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK, EX REL. ANTI-SEMITISM DEFENSE LEAGUE,<br><br>           Plaintiff,<br><br>vs.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-5840-JPB |

## **J U D G M E N T**

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to file an amended complaint curing the deficiencies outlined in the Court's May 31, 2024 Order.

Dated at Atlanta, Georgia, this 20th day of June, 2024.

                                                                 KEVIN P. WEIMER
                                                                 CLERK OF COURT

                                           By:    _s/ N. Bowen-Haider_____
                                                                     N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 20, 2024
Kevin P. Weimer
Clerk of Court

By:    _s/ N. Bowen-Haider_____
        Deputy Clerk